3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL LOPEZ, Plaintiff, | § § § | |
| v. | § § | ACTION NO. B-00-066 |
| WAYNE SCOTT, Defendant. | § § § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file:

The Petition for Writ of Habeas Corpus: 28 U.S.C. § 2254 (Docket No. 1) is hereby DENIED.

DONE in Brownsville, Texas this 27 day of June, 2000.

Hilda Tagle
United States District Judge

3